**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Terry McCall, Appellant,

v.

Trojan Labor and Hire Quest, LLC, and Respondents.

Appellate Case No. 2016-001457

Appeal From The Workers' Compensation Commission

Unpublished Opinion No. 2018-UP-125
Submitted February 1, 2018 – Filed March 21, 2018

**AFFIRMED**

Terry McCall, pro se.

Kelsey Jan Brudvig, of Collins & Lacy, PC, of Columbia, for Respondents.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authority: S.C. Code Ann. Regs. 67-702(B) (2012) ("If a party is representing himself or herself and is unable to pay the filing fee, the party must file the Form 30 within fourteen days of receipt of the [Workers' Compensation] Commission's order. The party may file a Form 32, Request to Waive Appeal Filing Fee, with the Form 30. (1) The Commission's Chair reviews the Form 32. (2) If the filing

fee is not waived, the appellant must pay the filing fee within ten days of the date of receipt of a notice denying waiver of the filing fee.").[1]

**AFFIRMED.**[2]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We need not address Appellant's arguments relating to the timeliness of his appeal to the Appellate Panel of the Workers' Compensation Commission because the appeal was dismissed due to Appellant's failure to pay the filing fee and the dismissal was not based on the timeliness of the appeal.

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.